**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-81293-CIV-Altman/Brannon**

**STEPHEN ARPAIA,**

   *Plaintiff,*

v.

**FOOTE, MIELKE, CHAVEZ & O'NEIL, LLP,**

   *Defendant.*

_____/

**NOTICE OF SETTLEMENT**

Pursuant to Local Rule 16.4, Defendant Foote, Mielke, Chavez & O'Neill LLC and Plaintiff Stephen Arpaia, through their respective attorneys, hereby give notice that, at mediation on April 22, 2021, the parties reached an agreement to fully and finally settle all claims in this case.

Respectfully submitted on April 22, 2021,

| | |
|---|---|
| **THE LAW OFFICE OF STEPHEN BARKER** | **BOIES SCHILLER FLEXNER LLP** |
| By: /s/ Stephen Barker | By: /s/ Stuart Singer |
| Stephen L. Barker | Stuart H. Singer |
| Florida Bar No. 55357 | Florida Bar No. 377325 |
| 901-A Clint Moore Road | Pascual Oliu |
| Boca Raton, Florida 33487 | Florida Bar No. 107737 |
| Telephone: (561) 910-4340 | 401 East Las Olas Blvd., Suite 1200 |
| Facsimile: (561) 206-0470 | Fort Lauderdale, Florida 33301 |
| Email: slb@stephenbarkerlaw.com | Telephone: (954) 356-0011 |
| | Facsimile: (954) 356-0022 |
| *Counsel for Plaintiff Stephen Arpaia* | Email: ssinger@bsfllp.com |
| | Email: poliu@bsfllp.com |
| | *Counsel for Defendant Foote, Mielke, Chavez & O'Neil LLP* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 22, 2021, that a true and correct copy of the foregoing was served on all counsel of record via the CM/ECF System.

By:*/s/ Pascual Oliu*
Pascual Oliu, Esq.
Florida Bar No. 107737
